# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 4754 | **DATE** | 11/1/2011 |
| **CASE TITLE** | Pennington, et al vs. ZionSolutions LLC, et al. | | |

**DOCKET ENTRY TEXT**

Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 2/20/2012. Non-expert discovery will close on 6/25/2012. Cut-off date for designation of plaintiff's expert(s) is 7/25/2012; for defendant's expert(s) is 8/27/2012. Scheduling conference of 11/10/2011 stricken.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|