# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

David W Pennington, et al.
                                  Plaintiff,

v.                                                    Case No.: 1:11−cv−04754
                                                      Honorable Joan H. Lefkow

ZionSolutions LLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 30, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:The motion to dismiss [31] is taken under advisement. Ruling will issue by mail. The court will rely on the parties submissions relating to Dkt. No. 15 (first motion to dismiss).Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.