# United States District Court
## Northern District of Illinois
### Eastern Division

Pennington, et al.                          **JUDGMENT IN A CIVIL CASE**

      v.                                     Case Number: 11 C 4754

ZionSolutions LLC, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss complaint having been granted, case is dismissed.

Thomas G. Bruton, Clerk of Court

Date: 7/29/2013                            _____
                                                      /s/ Michael Dooley, Deputy Clerk